# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2020 KW 0829

VERSUS

ANTHONY BARTON FORTUNE                          **DECEMBER 07, 2020**

---

In Re:   Anthony Barton Fortune, applying for supervisory
         writs, 22nd Judicial District Court, Parish of St.
         Tammany, No. 581,199.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

   **WRIT DENIED.**

                                **TMH**
                                **MRT**
                                **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT